UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JOHN RIEDE,

    Defendant.
_____/

Case No. 11-20129-11-DT

HON. ROBERT H. CLELAND

## AMENDED ORDER FOR PARTIAL PAYMENT

A order was entered on October 12, 2012 appointing the Federal Defender and for monthly partial payments of $100.00. The Defendant requests a reduction of the monthly payment due to a change in his financial situation. Upon review of his new financial affidavit, his request will be granted. Therefore,

**IT IS ORDERED** that the partial payment is to be made by the defendant in the amount of $50.00 monthly to the Clerk of the Court, commencing on September 1, 2014, until the case is terminated or otherwise ordered by the Court.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: August 7, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 7, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522