UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-11, JOHN RENNY RIEDE,
and
D-16, TIMOTHY PAUL DOWNS,

        Defendants.
_____/

Case No. 11-20129

Honorable Robert H. Cleland

### AMENDMENT TO PRELIMINARY ORDERS OF FORFEITURE FOR DEFENDANTS JOHN RENNY RIEDE AND TIMOTHY PAUL DOWNS

On March 9, 2016, the Court entered a Preliminary Order of Forfeiture against Defendant Timothy Paul Downs (Docket No. 1734), and on April 4, 2016, the Court entered a Preliminary Order of Forfeiture against Defendant John Renny Riede (Docket No. 1767). The government filed an application requesting that these two Preliminary Orders of Forfeiture be amended for the sole purpose of removing the forfeiture of the DDMC Trademark. Accordingly, this Court now makes the following Order:

PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2(c)(2),

˘1˘

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT the Preliminary Orders of Forfeiture entered in the above captioned action on March 9, 2016 against Defendant Timothy Paul Downs (Docket No. 1734) and on April 4, 2016 against Defendant John Renny Riede (Docket No. 1767) are hereby amended for the sole purpose of removing the forfeit of the DDMC Trademark.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

**IT IS SO ORDERED.**

       S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:   September 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 8, 2016, by electronic and/or ordinary mail.

       S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

˘2˘